UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OMAR LEWIS, | : | CIVIL NO. 3:18-CV-0368(CSH)(RMS) |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| LT. LEE, *et al.*, | : | MARCH 3, 2020 |
| *Defendants*. | | |

### *Emergency* MOTION FOR PROTECTIVE ORDER TO PREVENT PUBLIC DISCLOSURE OF THE HOME ADDRESSES OF ROACH AND ORTEGA

Defendants Roach and Ortega hereby move for an emergency protective order to seal or redact their home addresses from being publicized on the public docket in this case. *See* D. Conn. L. Civ. R. 7(a)6; Fed. R. Civ. Pro. 5.2(f); Conn. Gen. Stat. § 1-217(a)(3). Just this afternoon, plaintiff's counsel informed counsel for Roach and Ortega that plaintiff "located the home addresses of Roach and Ortega," that the marshal will be getting papers for service from plaintiff this afternoon (today), and that Roach and Ortega will be served at their homes and have their addresses publicized on the Court's docket. Roach and Ortega are Connecticut correctional officials, and disclosure of their addresses raises serious safety concerns. *See* Conn. Gen. Stat. § 1-217(a)(3). Roach and Ortega therefore hereby seek a protective order requiring that their addresses be redacted in filings with this court and or filed under seal. Given the safety concerns involved and the fact that plaintiff has

**ORAL ARGUMENT NOT REQUESTED**

indicated (without explanation) that this will be happening in or about the next 24 hours, expedited consideration and relief is appropriate under Local Rule 7(a)6.

Based on communications with plaintiff's counsel, the defendants presume plaintiff objects to this relief. Defendant Lee consents to this motion, through counsel. A supporting memorandum is filed herewith. *See* D. Conn. L. Civ. R. 7(a)1.

**WHEREFORE**, Roach and Ortega respectfully request a protective order requiring that their addresses be redacted in filings with this court and or filed under seal.

*Respectfully submitted*,

DEFENDANTS
Roach and Ortega

WILLIAM TONG
ATTORNEY GENERAL

BY:__/s/_*Stephen R. Finucane*_____
Stephen R. Finucane
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct30030
E-Mail:  stephen.finucane@ct.gov
Tel: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that on March 3, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                           /s/ Stephen R. Finucane  
                                                                           Stephen R. Finucane  
                                                                           Assistant Attorney General